UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-554-MOC

| | |
|---|---|
| CARLOS ANDRE JACKSON, pro se, )<br> )<br> )<br>    Appellant, )<br> vs. )<br> )<br>US. BANKRUPTCY ADMINISTRATOR )<br>FOR THE WESTERN DISTRICT OF )<br>NORTH CAROLINA, )<br> )<br>    Appellee. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Appellant Carlos Jackson's Pro Se Motion for Emergency Stay in Bankruptcy (Doc. No. 2), following the bankruptcy court's dismissal of Mr. Jackson's pro se Chapter 11 bankruptcy petition. (Doc. No. 9). The Court notes that the underlying bankruptcy petition was dismissed due to Mr. Jackson's repeated failure to comply with bankruptcy procedures and rules. (See Doc. No. 1-1).

The Court finds that Mr. Jackson has presented no viable grounds for this Court to enter an emergency stay of the dismissal entered by the bankruptcy court. Therefore, the Motion for Emergency Stay in Bankruptcy (Doc. No. 2), is **DENIED**.

  **IT IS SO ORDERED.**

Date signed: July 16, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge

Case 3:24-cv-00554-MOC   Document 6   Filed 07/16/24   Page 1 of 1